ASCENSION LAW GROUP
PAMELA TSAO( 266734)
17802 Irvine Blvd.
Suite A117
Tustin, CA 92780
PH: 714.783.4220
FAX: 888.505.1033
Pamela.Tsao@ascensionlawgroup.com

Attorneys for Plaintiff JOHNNY TCHANG

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY TCHANG, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SAFE INVESTMENT ASSOCIATES, LLC, a limited liability company,<br><br>Defendants. | Case No.: 2:16-cv-06014-R-RAO<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>[Hon. Manuel L. Real *presiding*] |

| | |
|---|---|
| 1 | |
| 2 | Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice in its entirety. Each party shall bear his or its own costs and attorney's fees. |

IT IS SO ORDERED

Dated: May 16, 2017

_____
Judge, United States District Court,
Central District of California